1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

        v.

STUART W. FUHLENDORF,

                        Defendant.

CASE NO. C09-1292 MJP

ORDER ON DEFENDANT'S
MOTION TO COMPEL AND
PARTIES' MOTIONS FOR
PROTECTIVE ORDER

16

17

18

19

20

        This comes before the Court on Defendant's Motion to Compel Plaintiff to Answer

Defendant's Interrogatories (Dkt. No. 101), Plaintiff's Motion for a Protective Order (Dkt. No.

99), Defendant's Motion for a Protective Order from Deposition (Dkt. No. 106).  Having

reviewed the motions, all related responses, replies and supporting documents, the Court hereby

ORDERS that:

21

22

23

24

        1.  Defendant's Motion to Compel Plaintiff to Answer Defendant's Interrogatories is

            GRANTED.  Plaintiff is ORDERED to answer Defendant's modified set of sixty-

            three (63) interrogatories within ten (10) days of this Order.

1    2.  Defendant's Motion for a Protective Order from Deposition is DENIED.  There is no

2          right to condition testimony at a deposition on the receipt of answers to

3          interrogatories.  To the extent he has not already been deposed, Defendant is

4          ORDERED to appear at his deposition.

5    3.  Plaintiff's request for sanctions based on Defendant's failure to appear at his first

6          deposition is DENIED.  Plaintiff was notified well in advance that Defendant would

7          be litigating the issue and would not appear for the deposition.  It was the Plaintiff's

8          own decision to continue with the deposition on November 4, 2010 and Plaintiff

9          should bear the reporting costs incurred.

10    4.  The parties are ORDERED to submit any future discovery motions through an

11          expedited Local Rule 37 submission.  The Court finds Plaintiff needlessly delayed the

12          resolution of this matter by failing to cooperate with its use and filing separate

13          discovery motions.

14    The clerk is ordered to provide copies of this order to all counsel.

15    Dated this 6th day of December, 2010.

16

17

18                            Marsha J. Pechman

19                            United States District Judge

20

21

22

23

24

ORDER ON DEFENDANT'S MOTION TO
COMPEL AND PARTIES' MOTIONS FOR
PROTECTIVE ORDER- 2